IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES WESLEY SHIPLEY, Reg. #31590-044  PETITIONER

VS.  CIVIL ACTION NO. 5:07cv56DCB-MTP

CONSTANCE REESE, Warden  RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that James Wesley Shipley's petition for writ of habeas corpus should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that James Wesley Shipley's petition for writ of habeas corpus be and the same is hereby, dismissed without prejudice.

SO ORDERED this the   19th   day of   October  , 2007.


   s/ David Bramlette   
UNITED STATES DISTRICT JUDGE